UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CORDECO NORTHWEST CORP.,

    Plaintiff,

v.       Civil No. 98-2461 (JAF)

JAIME L. CASTRO GRACIA,
et al.,

    Defendants.

## O R D E R

The "Urgent Motion for Protective Order and Requesting Order to Show Cause" filed by Plaintiff Cordeco Northwest Corp., its President, Mr. Thomas Cordero, and its attorneys, Herbert W. Brown III and José Luis Ubarri, filed September 14, 1999, Docket Document No. 35, is **GRANTED**. The Department of Justice and Assistant District Attorney Alba Pabón Rosado will show cause before this court on **September 30, 1999, at 11:15 A.M.**, as to why the investigation regarding the means by which Plaintiff obtained tape recordings of the Municipal Assembly meetings should not be enjoined pending the orderly disposition of that issue within the context of this case.

In addition, the Municipality of Aguada and Municipal Assemblyman Jaime L. Castro will show cause as to why the recordings of meetings made at the Municipal Assembly of Aguada pertaining to issues regarding Cordeco and/or the relationship between the Municipal Assembly or the Municipality of Aguada and one Mr. Del

Civil No. 98-2461 (JAF)                                                   2-

Valle and sand extraction permits should not be kept by this court *in custodia legis* until the final disposition of this suit.

Plaintiff will immediately serve a copy of this Order upon all interested parties.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 16th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)