UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CORDECO NORTHWEST CORP.,

Plaintiff,

v.                                          Civil No. 98-2461 (JAF)

JAIME L. CASTRO GRACIA,
et al.,

Defendants.

## O R D E R

Taking as true the allegations of the complaint for purposes of jurisdictional analysis, the court finds that the complaint as drafted properly invokes federal question jurisdiction.

This ruling is without prejudice of future dispositions on the actual merits of the particular claims. The ruling is also without prejudice of further jurisdictional analysis on finally surviving claims after motion practice has taken place.

This Order disposes of <u>Docket Document Nos. 8 and 11</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)