UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Cardeco Northwest Corp

VS.

Jaime L. Castro Garcia, et al

CIVIL NO. 98-2461 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: | | |
| FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

RECEIVED & FILED
00 MAR 28 PM 2:55
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ORDER**

If the settlement stipulation is not filed signed before April 3/2000, a hearing on all pending issues shall be held April 6/2000 at 9:30 AM

3-28-2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE