UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1  CORDECO NORTHWEST CORP.,

2

3       Plaintiff,                          Civil No. 98-2461 (JAF)

4       v.

5  JAIME L. CASTRO GRACIA, in his
6  individual and representative
   capacity, his wife, Mrs. Jaime
7  Castro, and the conjugal
   partnership constituted between
8  them; the MUNICIPALITY OF
   AGUADA; JOHN DOE 1-15; AND JANE
9  DOE 1-15, in their individual
   and representative capacity;
10 RICHARD ROE 1-15, in his
11 individual capacity,

12      Defendants.

13 ----------------------------------



14

15                    **J U D G M E N T**

16      The Settlement Stipulation filed by the parties today in open

17 court  having  been  **APPROVED**  by  the  court,  judgment  is  entered

18 dismissing the case with prejudice, subject to judgment execution for

19 failure to comply with the terms and conditions of the stipulation,

20 which terms and conditions are made a part hereof by reference.

21      San Juan, Puerto Rico, this 6th day of April, 2000.

22

23

24                    JOSE ANTONIO FUSTE
                      U. S. District Judge

25

26

AO 72
(Rev 8/82)

50